GENERAL CONVENTION OF THE NEW JERUSALEM IN THE UNITED STATES OF AMERICA, as Trustee, Appellant, v. UNITED STATES MORTGAGE AND TRUST

47

COMPANY, Individually and as Executor, etc., of EBENEZER SUGDEN, Deceased, Respondent.— Order setting aside verdict and dismissing complaint, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.